RECEIVED IN
The Court of Appeals
Sixth District

AUG 1 3 2015

Texarkana, Texas
Debra Autrey, Clerk

CASE NO. 06-15-00038-CV

IN THE

COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA, TEXAS

FILED IN
The Court of Appeals
Sixth District

AUG 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

---

IN THE MATTER OF THE MARRIAGE OF

AMANDA CHERI BRADSHAW
Petitioner/Appellant

AND

BARNEY SAMUEL BRADSHAW
Respondent/Appellee

---

**Appeal from the County Court at Law
Rusk County, Texas
Cause No. 2013-09-482-CCL
The Honorable Chad Dean, Presiding**

---

**APPELLEE'S MOTION TO SUSPEND RULE 9.3(a)**

---

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

COMES NOW, BARNEY SAMUEL BRADSHAW, Respondent/Appellee in the above styled and numbered cause and moves the Court to suspend Rule 9.3(a) of the Texas Rules of Appellate Procedure. In support of this motion Appellee shows the Court the following:

I.

Appellee is currently incarcerated in the Mark W. Michael Unit of the Texas Department of Criminal Justice - Correctional Institutions Division in Tennessee Colony, Texas.

II.

Rule 9.3(a) states in pertinent part: (1) A party must file:

1

(A) the original and three copies of all documents in an original proceeding; (B) the original and two copies of all motions in an appellate proceeding; and (C) the original and five copies of all other documents. See **TEX. R. APP. PROC. Rule 9.3(a)**.

## III.

Due to Appellee's current incarceration, he is unable to duplicate any documents because he does not have access to a copy-machine.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Barney Samuel Bradshaw respectfully requests that the Court suspend Rule 9.3(a) of the Texas Rules of Appellate Procedure and permit him to file only the original of all documents.

Respectfully submitted,

*Barney Samuel Bradshaw*

BARNEY SAMUEL BRADSHAW
APPELLEE
TDCJ No. 01942978
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served by placing same in the United States Mail, postage prepaid, on this the 10th day of August, 2015, addressed to Ebb B. Mobley, Attorney for Appellant, P.O. Box 2309, Longview, Texas 75606.

*Barney Samuel Bradshaw*

BARNEY SAMUEL BRADSHAW
APPELLEE

2